# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NEILSON ENTERPRISES, INC.,**

    **Plaintiff,**

**v.**                                            Case No:   6:19-cv-875-Orl-31GJK

**FEDERAL INSURANCE COMPANY,**

    **Defendant.**

## ORDER

This cause comes before the Court on Defendant's Motion for Attorney's Fees (Doc. 51) filed August 11, 2020.

On September 4, 2020, the United States Magistrate Judge issued a report (Doc. 52) recommending that the motion be granted. No objections to the report have been filed. Plaintiff did, however, file a response to the motion on September 17, 2020 (Doc. 53), which concedes on the general award of fees, but objects to the lack of specificity contained in the motion. It is, therefore,

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Attorney's Fees is **GRANTED**. Defendant shall file a motion for award of attorney's fees, with supporting affidavits and billing records, by

October 5, 2020. Plaintiff may respond to that motion within 14 days of it being filed.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 21, 2020.



_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party