# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NEILSON ENTERPRISES, INC.,**

    **Plaintiff,**

v.                                                      Case No:   6:19-cv-875-Orl-31GJK

**FEDERAL INSURANCE COMPANY,**

    **Defendant.**

## ORDER

This cause comes before the Court on Defendant's Motion for Award of Attorney's Fees (Doc. 55), filed October 5, 2020.

On December 21, 2020, the United States Magistrate Judge issued a report (Doc. 56) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Award of Attorney's Fees (Doc. 55) is **GRANTED.** Defendant is awarded $34,959.46 in attorney's fees against Plaintiff.

3. The Clerk is directed to enter a fees judgment for Defendant and against Plaintiff in the amount of $34,959.46.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 14, 2021.

GREGORY A. PRESNELL  
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record  
Unrepresented Party